<div style="writing-mode: vertical">United States District Court<br/>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINEZ-RODRIGUEZ ET. AL., | No. C 11-06572 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| BANK OF AMERICA ET. AL., | |
| Defendants. | |

Plaintiffs have filed an ex parte Application for Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction Should not Issue. Dkt. 12. The Court hereby ORDERS as follows:

- A hearing on Plaintiffs' Application for a Temporary Restraining Order shall take place on Tuesday, January 24, 2012 at 10:00 a.m. in Courtroom 6.
- Plaintiffs shall serve a copy of this Order on Defendants by 6:00 p.m on Thursday, January 19, 2012.
- If Defendants wish to file a response, they must do so by Monday, January 23, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 19, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\6572\Order re TRO.frm