1  MARK I. WRAIGHT (State Bar No. 228303)
   ANDREW S. ELLIOTT (State Bar No. 254757)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Defendants
6  BANK OF AMERICA, N.A.
   and ALEX AIVALIKLIS
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | LUIS MARTINEZ-RODRIGUEZ, | Case No.:  CV11-6572 (CRB) |
   | individually and METZLY M., a minor by and | |
12 | through her guardian ad litem, SYLVIA | **DECLARATION OF ALEX** |
   | VILLALPANDO,, | **AIVALIKLIS IN SUPPORT OF** |
13 | | **MOTION TO STRIKE PURSUANT TO** |
   | Plaintiffs, | **CCP 425.16 (anti-SLAPP)** |
14 | | |
   | vs. | Hearing Date:  March 16, 2012 |
15 | | Time:  10:00 a.m. |
   | BANK OF AMERICA; ALEX AIVALIKLIS; | Judge:  Hon. Charles R. Breyer |
16 | and DOES 1 through 30, inclusive,, | Dept.:  Courtroom 8, 19th Floor |
   | | Complaint Date:  December 21, 2011 |
17 | Defendants. | |

18

19

20       **DECLARATION OF ALEX AIVALIKLIS IN SUPPORT OF MOTION TO STRIKE**

21       I, ALEX AIVALIKLIS, declare:

22       1.       I am currently employed by Bank of America, N.A. ("BofA") as the Banking

23  Center Manager of the BofA branch located at 619 E Street, Marysville, California (the

24  "Branch").  I have worked for BofA for the last 7 1/2 years, and I have been the Manager of the

25  Branch since September 2009.

26       2.       My duties at BofA included serving as custodian of records on behalf of BofA.  I

27  am familiar with the manner and procedures by which the records, letters and memoranda

28  contained in BofA's files are prepared and maintained.  Those records, letters and memoranda are

1   prepared by agents or employees of BofA in performance of their regular business duties.  Those

2   records, letters and memoranda are made either by persons with knowledge of the matters they

3   record or from information supplied by persons with such knowledge.  It is BofA's regular

4   business practice to maintain such records, letters or memoranda in the course of its business.

5   The documents herein contained and referenced are business records produced and maintained in

6   this above described manner.  Except as otherwise specifically stated in this Declaration, the facts

7   set forth herein are based on my review of the files to this account and if called as a witness I

8   could and would be competent to testify to those facts.

9           3.       I was at work on Tuesday, February 22, 2011, and was the branch manager on

10  duty that day.  I have personal knowledge of the matters set forth in this declaration, and if called

11  as a witness to testify as to such matters, I could and would testify competently thereto.

12          4.       Before a new deposit account is finalized, BofA generates a signature card based

13  on information provided by the customer.  The signature card identifies, among other things, the

14  account number, account type, originating bank etc.  The signature card also identifies the

15  customer's Tax Identification Number, *e.g.*, social security number or Individual Tax

16  Identification Number.  By signing the signature card, the customer "acknowledge[s] and agree[s]

17  that the signature(s) will serve as the certification (set forth below) of the taxpayer identification

18  number to which [the customer] want[s] interest reported."

19          5.       On February 9, 2011, plaintiff Luis Martinez-Rodriguez opened a new checking

20  account (the "Account").  BofA presented Mr. Martinez with a signature card in connection with

21  the Account and Mr. Martinez signed the card.  A true and correct copy of the signature card is

22  attached as **Exhibit A** and incorporated by this reference.  The next day, the Branch faxed the

23  signature card to the Bank's Records Management group.

24          6.       On February 22, 2011, the Bank's fraud prevention group contacted me and

25  advised that the Account had been flagged because information used to open the Account may not

26  belong to the customer.  The fraud prevention group informed me that the social security number

27  used by Mr. Martinez on the signature card had been issued prior to his date of birth.  I was

28

- 2 -

70001/0080/2109060.3

1  instructed to contact the customer and verify that the social security number belonged to Mr.

2  Martinez.

3      7.      I then logged on to the COIN system and performed an account number search in

4  order to locate the Mr. Martinez's phone number.  The COIN system is BofA's proprietary

5  internal computer system that records transactions made on customers' deposit accounts.  A

6  COIN customer name search allows BofA employees to identify customers who maintain deposit

7  accounts with the bank.  The COIN system includes all BofA accounts maintained in California.

8  The COIN system identified the Account, as well as several other bank accounts held by Mr.

9  Martinez.  The COIN system also identified a home mortgage account with BofA, as well as two

10  credit card accounts.

11      8.      After locating Mr. Martinez's contact information, I placed a call to Mr. Martinez.

12  I advised Mr. Martinez that BofA identified an irregularity with the Account and that BofA

13  needed to verify his social security number.  I asked Mr. Martinez to come into the Branch and

14  for him to bring his social security card.  Mr. Martinez said he would.

15      9.      Mr. Martinez arrived at the Branch later that day.  I greeted Mr. Martinez after he

16  entered the Branch and asked him to follow me to my desk.

17      10.      My desk is located in the "platform" or "bullpen" area of the Branch.  The

18  platform area consists of four glass-walled cubicles.  The platform is accessible from the Branch

19  lobby and there are no doors or other physical barriers between the Branch entrance, lobby and

20  the platform area.  A true and correct picture of the Branch entrance, lobby and entry to the

21  platform area is attached as **Exhibit B** and incorporated by this reference.  As mentioned above,

22  my desk is inside a glass-walled cubicle.  There is no door or physical barrier between the inside

23  of the cubical and the rest of the Branch.  My chair is located in the back of the cubical—furthest

24  away from the cubical entrance.  There are two other chairs across from mine.  These chairs are

25  located just inside the entrance of the cubical.  True and correct pictures (one from the vantage

26  point of the entrance of the cubical and the other from the vantage point of the back corner of the

27  cubical) are attached as **Exhibit C** and incorporated by this reference.

28

- 3 -

1    11.    Mr. Martinez and I went to my desk.  Mr. Martinez sat in the chair closest to the

2    cubical opening and I sat in my chair located in the back of the cubical.  I explained to Mr.

3    Martinez that BofA flagged his Account and asked me to verify the authenticity of the social

4    security number used to open the Account.  I then asked Mr. Martinez to hand me his social

5    security card.  Mr. Martinez said OK and handed me his social security card.

6    12.    Social security cards are often used as identification by bank customers when they

7    open new accounts.  Thus, in my experience as a bank employee, I have seen and held thousands

8    of social security cards.  When Mr. Martinez handed me his social security card I immediately

9    suspected it was fake.  The font was irregular and raised, as if done by a typewriter, and the

10    texture was wrong.  Social security cards are printed on soft and thick paper.  The social security

11    card Mr. Martinez handed me was thin and rough, similar to common computer-printer paper.

12    13.    I asked Mr. Martinez where he obtained the social security card.  Mr. Martinez

13    admitted to me that he bought the card in San Francisco approximately 17 years ago.  Based on

14    the appearance of the social security card and on Martinez's admission, and because it is illegal to

15    present false information to obtain bank services, I suspected Martinez was committing a crime.

16    14.    After Mr. Martinez told me his social security card was fake, I excused myself and

17    advised Mr. Martinez that I would be back in a few minutes.  I then walked behind the teller

18    counter and placed a phone call to the Marysville Police.  I told the dispatcher that I was the

19    Banking Center Manager at the Marysville Bank of America and advised that I suspected a

20    customer was committing a crime.  I provided a description of Mr. Martinez and also his present

21    location in the Branch.  The dispatcher told me to expect an officer in the next few minutes.  I do

22    not know who the dispatcher was, nor do I recall ever speaking with her before.

23    15.    I went back to my desk and sat in my chair.  Mr. Martinez was still sitting in the

24    chair closest to the cubical entry.  I told Mr. Martinez that I was still trying to verify his social

25    security card and number, and that it would be a few more minutes until I was able to complete

26    the process.

27

28

- 4 -

Declaration
Case No.:  CV11-6572 (CRB)

16.     An officer came into the branch approximately five minutes after I got off the phone with the Marysville Police dispatcher.  I did not recognize the officer, nor do I recall that I ever spoke with him before.

17.     The officer approached my cubicle and I introduced myself as the Branch manger. The officer then asked to see Mr. Martinez's social security card, and I provided it to him.  The officer asked Mr. Martinez where he obtained his social security card.  As he had told me, Mr. Martinez explained that he had purchased the card in San Francisco about 17 years ago.  The officer asked Mr. Martinez if the social security number belonged to him, and Mr. Martinez told the officer that he knew the social security number did not belong to him.

18.     After Mr. Martinez admitted he knew the social security number did not belong to him, the officer used his radio to contact the police station.  After speaking on the radio, the officer placed Mr. Martinez in handcuffs and led him out of the Branch.

19.     While employed by Bank of America, I have had no contact with anyone from Immigration and Customs Enforcement either before or after this incident.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Executed _Feb   8_ , 2012, at Marysville, California.


Alex Aivaliklis

- 5 -