UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTINEZ-RODRIGUEZ, individually and METZLY M., a minor, by and through her guardian ad litem, SYLVIA VILLALPANDO,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, ALEX AIVALIKLIS, and DOES 1 through 30, inclusive,<br>Defendants. | Case No.: 3:11-CV-06572 CRB<br><br>[~~PROPOSED~~] ORDER RE STIPULATION EXTENDING TIME TO FILE MOTION FOR AWARD OF ATTORNEY FEES<br><br>Judge:        Hon. Charles R. Breyer<br>Dept.:         Courtroom 6, 17th Floor<br>Complaint Date:  December 21, 2011 |

### ~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties, the Court hereby orders that defendants Bank of America, N.A. and Alex Aivaliklis shall have until April 30, 2012, to file a motion for attorneys fees as the prevailing defendants on a special motion to strike pursuant to California Code of Civil Procedure section 425.16.

**IT IS SO ORDERED.**

Dated: _April 2, 2012_____          _____/s/ E.B._____

                                                                      Judge Charles R. Breyer