1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LUIS MARTINEZ-RODRIGUEZ, individually and METZLY M., a minor, by and through her guardian ad litem, SYLVIA VILLALPANDO,<br><br>    Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, ALEX AIVALIKLIS, and DOES 1 through 30, inclusive,<br>    Defendants. | Case No.: 3:11-CV-06572 CRB<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Charles R. Breyer<br>Dept.:  Courtroom 6, 17th Floor<br>Complaint Date:  December 21, 2011 |
|---|---|

70001.0080/2168910.1

[Proposed] Order re Stipulation re Dismissal
Case No.: 3:11-CV-06572 CRB

<s>P<small>ROPOSED</small></s> O<small>RDER</small>

It is hereby ordered that the Complaint filed by plaintiffs Luis Martinez-Rodriguez and Metzly M. against defendants Bank of America, N.A. and Alex Aivaliklis (together the "BofA Defendants") is dismissed with prejudice as to the BofA Defendants. The parties shall bear their own costs.

**IT IS SO ORDERED.**

Dated:  May 10, 2012



70001.0080/2168910.1                                       -1-

[P<small>ROPOSED</small>] O<small>RDER RE</small> S<small>TIPULATION RE</small> D<small>ISMISSAL</small>
Case No.:  3:11-CV-06572 CRB